## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PHIL OTIS CROSS, SR.  PLAINTIFF
ADC #132774

v.  5:06CV00236 JLH

GRANT HARRIS, *et al.*  DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE