**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

PHIL OTIS CROSS, SR.                                                                                       PLAINTIFF
ADC #132774

v.                                                         5:06CV00236 JLH

GRANT HARRIS, *et al.*                                                                                  DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, and that this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). The relief sought is denied.

IT IS SO ADJUDGED this 29th day of December, 2006.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE